**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 18, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00535-CV

---

**J. STEVE PURSLEY, Appellant**

**V.**

**SHAUN MOONEY AND RECRUITMENT PARTNERS, LP, Appellees**

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-28294**

## MEMORANDUM OPINION

This is an appeal from a judgment signed April 21, 2022. On March 15, 2023, appellant filed an agreed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.